AO 440 (Rev. 10/93) Summons in a Civil Action

*E-filing*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



ALVARO OSORIO and JESUSITA ZARATE CARRENO, ET. AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

DIVAD TRAN dba COM TAM DAT THAN RESTAURANT, and DOES 1-10

**C08 04007 HRL**

TO:

DIVAD TRAN dba COM TAM DAT THAN RESTAURANT
1055 Tully Road - Suite A
San Jose, CA 95122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Adam Wang
12 South First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-416-0268

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**
_____
CLERK

AUG 21 2008
_____
DATE

Betty J. Walton
_____
(BY) DEPUTY CLERK

PDF processed with CutePDF evaluation edition www.CutePDF.com

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served:


☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and .....
discretion then residing therein.
    Name of person with whom the summons and complaint were left


☐     Returned unexecuted:



☐     Other *(specify):*



**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____
            *Date*

_____
*Signature of Server*

_____
*Address of Server*


(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.