
*e-filed 12/01/08*

Kassra P. Nassiri (SBN 215405)
Charles H. Jung (SBN 217909)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone Number: (415) 373-5699
Facsimile Number (415) 534-3200
knassiri@nassiri-jung.com
cjung@nassiri-jung.com

Attorneys for Defendants DIVAD TRAN and
COM TAM DAT THANH RESTAURANT

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO OSORIO and JESUSITA ZARATE CARRENO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIVAD TRAN dba COM TAM DAT THANH RESTAURANT, and DOES 1-10,<br><br>Defendants. | Case No. C08-04007 HRL<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: January 13, 2009<br>Time: 1:30 p.m.<br>Courtroom: 2<br>Judge: Honorable Howard R. Lloyd |

**RECITAL**

On August 21, 2008 Alvaro Osorio and Jesusita Zarate Carreno ("Plaintiffs") filed a Complaint in this matter against Divad Tran doing business as Com Tam Dat Thanh Restaurant ("Defendants"). The Court's Order from the same date set a date of December 16, 2008 for the Initial Case Management Conference.

---

1

STIPULATION TO INITIAL CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C08-04007 HRL

On November 19, 2008, the Court granted Defendants' Motion to Dismiss as to counts "one, three, four, five, and six, and the last two counts." The Court also granted in part Defendants' Motion for a More Definite Statement.

Defendants and Plaintiffs have conferred and agreed to move the date for the Initial Case Management Conference to January 13, 2009.

## STIPULATION

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to continue the hearing date for Defendants' Initial Case Management Conference from December 16, 2008 to January 13, 2009, in Courtroom 2, 5th floor at 1:30 p.m.

The parties further stipulate that, pursuant to Local Rule 16-9, the parties will file a Joint Case Management Statement by January 6, 2009.

IT IS SO STIPULATED.

DATED this 26 day of November, 2008.

NASSIRI & JUNG LLP

By _____
KASSRA P. NASSIRI

Attorneys for Defendants DIVAD TRAN and COM TAM DAT THANH RESTAURANT

DATED this 25 day of November, 2008.

LAW OFFICES OF ADAM WANG

By _____
ADAM WANG
Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED 12/01/08

By _____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge